# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ASHLEY TROWER**                                                                                          **PLAINTIFF**

v.                              **Case No. 5:13-cv-00223 KGB**

**TERRY DONALDSON, et al.**                                                                 **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 15). The parties state that this case has been settled and request that this Court dismiss plaintiff's complaint with prejudice. The Court grants this motion and finds that this case should be and hereby is dismissed with prejudice.

SO ORDERED this 13th day of March, 2014.

_____
Kristine G. Baker
United States District Judge